FILED
CLERK, U.S. DISTRICT COURT
JUN 2 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN EARL WRIGHT, <br><br> Defendant. | Case No.: 14-1225 M <br><br> ORDER OF DETENTION |

## I.

A. ( ) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   ( X )  On motion by the Government/( ) on Court's own motion, in a case
2                 allegedly involving:
3      ( X )  On the further allegation by the Government of:
4          1.   ( X )  a serious risk that the defendant will flee.
5          2.   ( )  a serious risk that the defendant will:
6              a.   ( )  obstruct or attempt to obstruct justice.
7              b.   ( )  threaten, injure or intimidate a prospective witness or
8              juror, or attempt to do so.
9  C.   The Government ( ) is/( X ) is not entitled to a rebuttable presumption that no
10    condition or combination of conditions will reasonably assure the defendant's
11    appearance as required and the safety or any person or the community.
12
13                            **II.**
14 A.   ( X )  The Court finds that no condition or combination of conditions will
15                reasonably assure:
16     1.   ( X )  the appearance of the defendant as required.
17             ( X )  and/or
18     2.   (X)  the safety of any person or the community.
19 B.   ( )  The Court finds that the defendant has not rebutted by sufficient evidence to
20             the contrary the presumption provided by statute.
21
22                            **III.**
23    The Court has considered:
24 A.   (✘)  the nature and circumstances of the offense(s) charged, including whether
25             the offense is a crime of violence, a Federal crime of terrorism, or involves
26             a minor victim or a controlled substance, firearm, explosive, or destructive
27             device;
28 B.   (✘)  the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   ( X )   As to flight risk:

defendant on supervised release based on 1995 conviction for bank robbery when arrested for bank robbery charges, history of outstanding warrnats.

_____
_____
_____
_____
_____
_____
_____
_____

B.   ( X )   As to danger:

nature of charges - bank robbery, criminal history which includes three convictions for bank robbery, admitted drug use.

_____
_____
_____
_____

|    |     |                                                                                         |
|----|-----|-----------------------------------------------------------------------------------------|
| 1  |     | _____                                                  |
| 2  |     | _____                                                  |
| 3  |     |                                                                                         |
| 4  |     | **VI.**                                                                                 |
| 5  | A.  | ( )   The Court finds that a serious risk exists the defendant will:                    |
| 6  |     |     1.   ( )   obstruct or attempt to obstruct justice.                                  |
| 7  |     |     2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.       |
| 8  | B.  | The Court bases the foregoing finding(s) on the following:                              |
| 9  |     | _____                                                  |
| 10 |     | _____                                                  |
| 11 |     | _____                                                  |
| 12 |     |                                                                                         |
| 13 |     | **VII.**                                                                                |
| 14 | A.  | IT IS THEREFORE ORDERED that the defendant be detained prior to trial.                  |
| 15 | B.  | IT IS FURTHER ORDERED that the defendant be committed to the custody of the             |
| 16 |     | Attorney General for confinement in a corrections facility separate, to the extent      |
| 17 |     | practicable, from persons awaiting or serving sentences or being held in custody        |
| 18 |     | pending appeal.                                                                         |
| 19 | C.  | IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity             |
| 20 |     | for private consultation with counsel.                                                  |
| 21 | D.  | IT IS FURTHER ORDERED that, on order of a Court of the United States or on              |
| 22 |     | request of any attorney for the Government, the person in charge of the corrections     |
| 23 |     | facility in which defendant is confined deliver the defendant to a United States        |
| 24 |     | marshal for the purpose of an appearance in connection with a court proceeding.         |

DATED:   6/23/2014

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE